# MANDATE

# United States Court of Appeals

**FOR THE**
**SECOND CIRCUIT**

---

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 15th day of September, two thousand six.

Before:     Hon. Sonia Sotomayor ,
Hon. Reena Raggi,
                              *Circuit Judges*
Hon. Miriam Cedarbaum,
                              *District Judge**

Docket No.  05-1240-cv

*[SEAL: UNITED STATES COURT OF APPEALS — FILED SEP 15 2006 — Roseann B. MacKechnie, Clerk — SECOND CIRCUIT]*

---

STATE OF CONNECTICUT OFFICE OF PROTECTION AND ADVOCACY FOR PERSONS WITH DISABILITIES and JAMES McGAUGHEY, Executive Director, State of Connecticut, Office of Protection & Advocacy for Persons with Disabilities,

                              *Plaintiffs-Appellees,*

          v.

HARTFORD BOARD OF EDUCATION, HARTFORD PUBLIC SCHOOLS and ROBERT HENRY, Supt. of Schools,

                              *Defendants-Appellees.*

---

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of said District Court be and it hereby is AFFIRMED in accordance with the opinion of this court.

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by

*[signature]*

A TRUE COPY
Roseann B. MacKechnie, CLERK
by *[signature]* Angela Marten
DEPUTY CLERK

Tracy W. Young
Motions Staff Attorney

---

\* The Honorable Miriam Goldman Cedarbaum, United States District Judge for the Southern District of New York, sitting by designation.

Issued as Mandate:  **OCT 1 8 2006**